**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROBERT J. WICAL,

    Plaintiff,

v.                                                              Case No. 3:22-cv-810-TJC-LLL

CNU ONLINE HOLDINGS, LLC,

    Defendant.

_____

# **O R D E R**

Upon review of the Stipulation of Dismissal With Prejudice (Doc. 32), filed on March 8, 2023, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of March, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record